Trina Realmuto (CA SBN 201088)
Mary Kenney* (DC SBN 1044695)
Kristin Macleod-Ball* (NY SBN 5340500)
NATIONAL IMMIGRATION LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA, 02446
617-819-4447
trina@immigrationlitigation.org

Bardis Vakili (CA SBN 247783)
LAW OFFICE OF BARDIS VAKILI
P.O. Box 234160
Encinitas, CA 92023
619-483-3490
bardis@vakililegal.com

*Admitted pro hac vice

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P.E., on her own behalf and on behalf of her minor child, E.E.B.P., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> United States of America, <br><br> *Defendant*. | No. 24-cv-00312-AGS-MSB <br><br> **[PROPOSED] ORDER APPROVING TERMS OF TRUST FOR MINOR PLAINTIFFS** |

Upon consideration of Plaintiffs' Ex Parte Petition for Approval of Terms of Trust for Minor Plaintiffs, the Court finds that:

(1) The settlement funds for Minor Plaintiffs E.E.B.P., E.M.M., B.Y.C.G., and A.L.T.J.P. will be placed in a pooled minor's trust administered by the nonprofit Legacy Enhancement Trust;

(2) The primary purpose of this Trust is to protect each Minor Plaintiff from the loss of Trust assets due to undue influence, misuse, or exploitation by others;

(3) Distribution of Trust funds will be overseen by a fiduciary trustee at Legacy Enhancement Trusts;

(4) The Trusts will terminate when each Minor Plaintiff reaches the age of 18;

(5) While the Trust is in place, the trustee will make distributions for the use and benefit of Minor Plaintiffs for expenses which are not provided by or available from another source;

(6) No distribution of Trust funds shall discharge Plaintiff Mothers' legal obligation to support Minor Plaintiffs in accordance with state law;

(7) Permissible distributions include, but are not limited to, expenses related to education, health care, and technology;

(8) Absent extraordinary circumstances, such as one involving health or safety, the trustee will not distribute Trust funds for items categorized

as parental support, such as rent, mortgage, or utility payments, or for alcohol, cigarettes, bail, bank overdrafts, and other itemized expenses;

(9) Any funds remaining when the Trust terminates will be released in full to each Minor Plaintiff;

(10) The cost for administering the Trust will consist of only an initial enrollment fee of $1500.00 and an annual administrative fee of 1.95%;

(11) No bond is required given that the full amount of each Minor Plaintiff's settlement proceeds, minus only attorneys' fees, will be placed in the Trust and administered by Legacy Enhancement Trust.

**WHEREFORE, IT IS HEREBY ORDERED** that the Petition is **GRANTED** and Plaintiffs' request that their plans to place money received by the Minor Plaintiffs from the Settlement in a pooled minor's trust administered by Legacy Enhancement Trust is **APPROVED.**

It is so **ORDERED**.

Dated: _____

_____
Honorable David D. Leshner

3

No. 24-cv-00312-AGS-MSB