Trina Realmuto (CA SBN 201088)
Mary Kenney* (DC SBN 1044695)
Kristin Macleod-Ball* (NY SBN 5340500)
NATIONAL IMMIGRATION LITIGATION ALLIANCE
10 Griggs Terrace
Brookline, MA, 02446
617-819-4447
trina@immigrationlitigation.org

Bardis Vakili (CA SBN 247783)
LAW OFFICE OF BARDIS VAKILI
P.O. Box 234160
Encinitas, CA 92023
619-483-3490
bardis@vakililegal.com

*Admitted pro hac vice

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E.P.E., on her own behalf and on behalf of her minor child, E.E.B.P., et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>United States of America,<br><br>*Defendant*. | No. 24-cv-00312-AGS-MSB<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT OF MINORS' CLAIMS** |

Upon consideration of Plaintiffs' Unopposed Motion to Approve the Settlement of Minors' Claims, the Court finds that approval of the Settlement Agreement is in the best interests of Minor Plaintiffs E.E.B.P., E.M.M., B.Y.C.G., and A.L.T.J.P., that the apportionment of each family's settlement

amount equally between Plaintiff Mother and Minor Plaintiff is fair and reasonable, and, further, that the interests of Plaintiff Mothers are aligned with those of Minor Plaintiffs.

**WHEREFORE, IT IS HEREBY ORDERED** that the Motion is **GRANTED.** The Court **APPROVES** the settlement of Minors Plaintiffs' claims and further **APPROVES** equal apportionment of each family's settlement amount between Plaintiff Mother and Minor Plaintiff.

It is so **ORDERED**.

Dated: _____

_____
Honorable David D. Leshner